# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINN BASS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FANNIE MAE, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 17-1055-JVS (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: October 18, 2017

　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE JAMES V. SELNA
United States District Judge